HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROOSEVELT RONEE BOHANNON II

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROOSEVELT RONEE BOHANNON II.,<br><br>  Defendant. | Case No. 2:19-cr-00128-JAM<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS OF COUNSEL<br><br>Date: November 10, 2020<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through, Michael Redding, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorneys for ROOSEVELT RONEE BOHANNON II, that defendant requests that the status of counsel scheduled for November 10, 2020 be vacated and continued to December 8, 2020 at 9:30 a.m., and that time between November 10, 2020 and December 8, 2020, be excluded under Local Code T4.

Defense requests more time as the party replacing defense as counsel is unavailable on the set date due to a trial. Attorney Michael Long will be appearing on Friday November 13, 2020 and is available after the conclusion of his ongoing trial on December 8, 2020. The government does not object to defense counsel's motion to continue.

Based upon the foregoing, the parties agree that for purposes of calculating time under the Speedy Trial Act the time period from November 10, 2020 through November 13, 2020 and

Stipulation and Proposed Order to Continue Status Conference                -1-

including December 8, 2020, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv)[Local Code T4] and General Order 479 because it results from a continuance granted by the Court at the defendant's request for the purposes of continuity of counsel and defense preparation, and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 9, 2020           Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  *Douglas Beevers*
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorney for ROOSEVELT RONEE BOHANNON

II

DATED: November 9, 2020           McGREGOR W. SCOTT
                                  United States Attorney

                                  */s/Michael Redding*
                                  MICHAEL REDDING
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status of counsel hearing on December 8, 2020, at 9:30 a.m.  The Court further orders the time from November 10, 2020 up to and including December 8, 2020, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A), B(iv)[Local Code T4].

DATED:  November 9, 2020                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE