MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROSEVELT BOHANNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 19-128 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| ROSEVELT BOHANNON, | ) Requested date: 5-11-2021 |
| Defendant, | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| ==============================) | |

It is hereby stipulated between the parties, Michael Redding, Assistant United States Attorney, and Michael Long, attorney for defendant ROSEVELT BOHANNON that the status conference set for March 23, 2021, at 9:30 a.m. should be continued and re-set for May 11, 2021, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided discovery to the defense, including many audio and video recordings.  Mr. Long took over from the Federal Defender at the end of 2020.  Mr. Long continues to read, view and listen to the discovery, investigate the case and meet with his client.  Counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

All parties are available to appear in this case on May 11, 2021.

-1-

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through March 23, 2021.

All parties request the date of May 11, 2021, at 9:30 a.m., for the new status hearing. The request for extending the date for the status conference is at the specific request the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2021, to May 11, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 15, 2021                    Respectfully submitted,

                                         /s/ Michael D. Long
                                         MICHAEL D. LONG
                                         Attorney for Rosevelt Bohannon

Dated: March 15, 2021                    PHIL TALBERT
                                         Acting United States Attorney

                                         /s/ Michael Redding
                                         MICHAEL REDDING
                                         Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for May 11, 2021, at 9:30 a.m., before District Court Judge John A. Mendez.

For the reasons set forth in the stipulation, ime is excluded through the new hearing date of May 11, 2021.

Dated: March 15, 2021              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE