MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROSEVELT BOHANNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROSEVELT BOHANNON,<br>　　　　　　　Defendant, | ) No. 19-128 JAM<br>)<br>) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>)<br>) Requested date: 10-5-2021<br>) Time: 9:30 a.m.<br>) Judge: Hon. John A. Mendez |

　　　　It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, and Michael Long, attorney for defendant ROSEVELT BOHANNON that the status conference set for August 10, 2021, at 9:30 a.m. should be continued and re-set for October 5, 2021, at 9:30 a.m.

　　　　The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided discovery to the defense, including many audio and video recordings.  Mr. Long continues to read, view and listen to the discovery, investigate the case and meet with his client.  Mr. Long is obtaining records needed to represent Mr. Bohannon effectively.  Counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

　　　　All parties are available to appear in this case on October 5, 2021.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through August 10, 2021.

All parties request the date of October 5, 2021, at 9:30 a.m., for the new status hearing. The request for extending the date for the status conference is at the specific request the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through August 10, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 29, 2021                                    Respectfully submitted,

                                                         /s/ Michael D. Long
                                                         MICHAEL D. LONG
                                                         Attorney for Rosevelt Bohannon

Dated:  July 29, 2021                                    PHIL TALBERT
                                                         Acting United States Attorney

                                                         /s/ Paul Hemesath
                                                         PAUL HEMESATH
                                                         Assistant U.S. Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for October 5, 2021, at 9:30 a.m., before District Court Judge John A. Mendez.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through August 10, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is hereby excluded through the new hearing date of October 5, 2021.

DATED: July 29, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE