MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROSEVELT BOHANNON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>            Plaintiff, <br><br>    v. <br><br> ROSEVELT BOHANNON, <br>            Defendant, | ) No. 19-128 JAM <br> ) <br> ) STIPULATION AND ORDER <br> ) TO CONTINUE STATUS CONFERENCE <br> ) <br> ) Requested date: 1-11-2022 <br> ) Time: 9:30 a.m. <br> ) Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, and Michael Long, attorney for defendant ROSEVELT BOHANNON that the status conference set for October 5, 2021, at 9:30 a.m. should be continued and re-set for January 11, 2022, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The government has provided discovery to the defense, including many audio and video recordings.  Mr. Long continues to read, view and listen to the discovery, investigate the case and meet with his client.  Mr. Long is obtaining records needed to represent Mr. Bohannon effectively.  Mr. Long has retained a medical expert to review Mr. Bohannon's medical file, meet with him, test him, and then to provide me with a psychiatric analysis of Mr. Bohannon.  Counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   Counsel for the United States does not oppose this requested continuance.

All parties are available to appear in this case on January 11, 2022.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has previously been excluded through October 5, 2021.

All parties request the date of January 11, 2022, at 9:30 a.m., for the new status hearing. The request for extending the date for the status conference is at the specific request the defendant and with the knowing, intelligent and voluntary waiver of the defendant's speedy trial rights under the law. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through January 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 24, 2021                    Respectfully submitted,

                                              /s/ Michael D. Long
                                              MICHAEL D. LONG
                                              Attorney for Rosevelt Bohannon

Dated:  September 24, 2021                    PHIL TALBERT
                                              Acting United States Attorney

                                              /s/ Paul Hemesath
                                              PAUL HEMESATH
                                              Assistant U.S. Attorney

## ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The date for the status hearing in this matter is hereby re-set for January 11, 2022, at 9:30 a.m., before District Court Judge John A. Mendez.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the present date through January 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Time is hereby excluded through the new hearing date of January 11, 2022.

Dated: September 24, 2021       /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE